UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00034-FL4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANTHONY THOMAS SNEED | ) | |

Upon Motion of the United States, it is hereby ORDERED that the Joint Motion to Continue Sentencing, and this Motion and Order to seal, shall be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court.

This, the __14th__ day of __February__, 2017.

_____
Hon. Louise W. Flanagan
United States District Judge

1